## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CECILIA LINK,

      Plaintiff,

            v.                              Case No. 15-cv-01331-JPG-PMF

RENAL TREATMENT CENTERS –
ILLINOIS, INC. d/b/a Sauget Dialysis,

      Defendant.

### MEMORANDUM AND ORDER

      This matter comes before the Court on Plaintiff's Response to Show Cause Order (Doc. 11).   Plaintiff states that Cecilia Link is deceased and requests that this matter be dismissed without prejudice.   Plaintiff further states that Defendant has no objection to dismissal without prejudice.

      Federal Rule of Civil Procedure 41(a)(2) allows dismissal by a plaintiff on terms that the Court considers proper.   As the plaintiff and the defendant have agreed that dismissal is proper, the Court *sua sponte* **DISMISSES** this matter without prejudice and without costs to each party. The Clerk of Court is **DIRECTED** to enter judgment accordingly.   All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:**   1/13/2016

                                 *s/J. Phil Gilbert*
                                 **J. PHIL GILBERT**
                                 **DISTRICT JUDGE**